IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MILLENNIUM HOTEL GROUP, LLC      :
                             :     CIVIL ACTION
     v.                   :
                             :     NO. 21-3192
AIX SPECIALTY INSURANCE COMPANY et al :

---

AIX SPECIALTY INSURANCE COMPANY    :
                             :     CIVIL ACTION
     v.                   :
                             :     NO. 22-2599
MILLENNIUM HOTEL GROUP         :

## ORDER

**AND NOW**, this <u>13th</u> day of <u>December</u> 2024, it having been reported that the above captioned actions have been resolved, it is hereby **ORDERED** as follows: [1]

1.     Pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, the above captioned action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs; and

2.     Defendant's Motion for Summary Judgment (ECF No. 48), in Civil Action No. 21-3192, is **DISMISSED** as **MOOT**.

**IT IS SO ORDRED**.

BY THE COURT:

    ***/s/ R. Barclay Surrick***
**R. BARCLAY SURRICK, J.**

---

[1] On December 12, 2024, Chambers was informed that both consolidated matters had settled.